## NEHEMIAH H. DENTON AND BENJAMIN SMITH, MERCHANTS TRADING UNDER THE FIRM OF DENTON & SMITH, *versus* HENRY J. HUNT

JOURNAL ENTRIES (1824): *Journal 3:* (1) Narr. and cognovit filed, motion for judgment *p. 485; (2) witness sworn, rule for judgment *p. 512.

PAPERS IN FILE: (1) Precipe for entry of amicable suit; (2) declaration; (3) cognovit and promissory note; (4) motion for judgment; (5) precipe for execution fi. fa.; (6) form of execution partly filled in; (7) precipe for fi. fa.; (8) writ of fi. fa. and return; (9) receipt for counsel fee.

*1824–36 Calendar*, MS p. 56. Recorded in *Book B*, MS pp. 430–31.

## MATTHEW IRWIN *versus* PHILIP LÉCUYER

JOURNAL ENTRIES (1824): *Journal 3:* (1) Witness sworn, judgment for damages assessed by clerk ordered entered *p. 486.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and acknowledgment of service; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit, notice of demand for bill of particulars; (7) clerk's assessment of damages; (8) precipe for execution fi. fa.; (9) writ of fi. fa. and return.

*1822–23 Calendar*, MS p. 98. Recorded in *Book B*, MS pp. 395–97.